

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 12, 2022

**By E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *United States v. Oscar Abreu*, 22 Mag. 6617

Dear Judge Davison:

      In light of the arrest of the defendant yesterday in the above-referenced case and further arrests of the defendant's co-conspirators made today in a related case involving the same charged conspiracy, the Government respectfully requests that the above-referenced complaint be unsealed.

So Ordered 8/12/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924