# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mag. 6617**  Date **December 27, 2022**

USAO No. **2021R00022, 2022R00089**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint  ☐ Removal Proceedings in

*United States v.* **Oscar Abreu**

The Complaint/Rule 40 Affidavit was filed on **August 11, 2022**

✓ *U.S. Marshals please withdraw warrant*

*[signature]*
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Kevin Sullivan**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 12-27-2022

*[signature]*
UNITED STATES MAGISTRATE JUDGE